FILED Original Document

MAY 24 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

CYNTHIA ULETT LYNCH,              §
                                  §
        Plaintiff,                §     CIVIL ACTION NO. W07CA169
                                  §
v.                                §     JURY REQUESTED
                                  §
PFIZER INC                        §     *Pending Transfer to MDL-1629*
SEARLE'S/PHARMACIA'S/PFIZER       §     (*In re Neurontin Marketing, Sales*
MARY KATRIADAKIS                  §     *Practices and Prods. Liab. Litig.*)
SUSAN ADAMO, *et al.*             §
                                  §
        Defendants.               §

## DEFENDANTS PFIZER INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC'S NOTICE OF REMOVAL

TO:   The United States District Court for the Western District of Texas, Waco Division.

NOW COME Pfizer Inc. (herein referred to as "Pfizer"), Pharmacia Corporation (incorrectly named as "Pharmacia's," and herein referred to as "Pharmacia"), and G.D. Searle LLC (incorrectly named as "Searle's," and herein referred to as "Searle") (collectively, "Defendants"), Defendants in the above-styled cause, and file this Notice of Removal of said cause to the United States District Court for the Western District of Texas, Waco Division, pursuant to 28 U.S.C. §§ 1332 and 1441. In support thereof, Defendants respectfully would show the Court as follows:

### I.

### Introduction

This is a pharmaceutical product liability case involving the prescription medications Bextra® ("Bextra") and Neurontin® ("Neurontin"). On April 5, 2007, Plaintiff Cynthia Ulett Lynch filed this *pro se* action in the 169th Judicial District Court of Bell County, Texas, Cause No. 222757-0, *see* PLAINTIFF'S ORIGINAL PETITION ("PETITION") at 1, alleging she sustained

various injuries to her heart, colon, and central nervous system as a result of ingesting Bextra and Neurontin. *See id.* at 3-4. Plaintiff maintains that Defendants are liable for those injuries under a theory of strict products liability. *See id.* Plaintiff also names as defendants two individual employees of Pfizer's Legal Department, Mary Katriadakis and Susan Adamo. *Id.* at 1. Copies of all process, pleadings, and orders filed in the state court are attached hereto.

This action is one in which this Court has original subject-matter jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## II.

### Diversity of Citizenship

There is complete diversity of citizenship in this action. *See* 28 U.S.C. § 1332.

Plaintiff Cynthia Ulett Lynch is, and was at the time this suit was filed, a resident of Bell County and a citizen of the State of Texas. *See* PETITION at 2, Part II.

Defendant Pfizer Inc. was at the time this suit was filed, and is presently, a corporation organized under Delaware law with its headquarters in New York. It therefore is considered a citizen of both Delaware and New York for jurisdictional purposes. *See* 28 U.S.C. § 1332(c)(1).

Defendant Pharmacia Corporation was at the time this suit was filed, and is presently, a corporation organized under Delaware law with its headquarters in New Jersey. It therefore is considered a citizen of both Delaware and New Jersey for jurisdictional purposes. *See* 28 U.S.C. § 1332(c)(1).

Defendant G.D. Searle LLC was at the time this suit was filed, and is presently, a limited liability company whose sole member is (and was) Pharmacia & Upjohn Company LLC. Pharmacia & Upjohn Company LLC was at the time this suit was filed, and is presently, a

2

limited liability company whose sole member is (and was) Pharmacia & Upjohn LLC. Pharmacia & Upjohn LLC was at the time this suit was filed, and is presently, a limited liability company whose sole member is (and was) Pharmacia Corporation. Thus, for jurisdictional purposes, Searle is considered a citizen of Delaware and New Jersey. *See, e.g., Royal Ins. Co. of Am. V. Quinn-L Capital Corp.*, 3 F.3d 877, 882 (5th Cir. 1993) (holding "an unincorporated association is considered to have the citizenship of its members"); *Hummel v. Townsend*, 883 F.2d 367, 369 (5th Cir. 1989) (noting the "well-settled principle that an unincorporated association is deemed a citizen of every state in which its members reside"); *Standard Aero, Inc. v. Kelly Aviation Ctr., LP*, No. SA-05-CA-1139-RF, 2006 WL 504055, *3 (W.D. Tex. Jan. 23, 2006) (holding citizenship of limited liability company is determined by looking to the citizenship of its members); *Blanchard v. Wal-Mart Stores, Texas, LP*, 368 F. Supp. 2d 621, 624 (E.D. Tex. 2005) (same); *see also* 28 U.S.C. §1332(c)(1); *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) (holding limited liability company's citizenship is that of its members for diversity jurisdiction purposes).

Defendant Mary Katriadakis is, and was at the time this suit was filed, a resident and citizen of the State of Illinois.

Defendant Susan Adamo is, and was at the time this suit was filed, a resident and citizen of the State of New Jersey.

### III.

### Amount in Controversy

The amount-in-controversy requirement of 28 U.S.C. § 1332(a) is plainly satisfied. Plaintiff alleges that, as a result of ingesting Bextra and Neurontin, she sustained injuries to her heart, colon, and central nervous system. *See* PETITION at p. 3-4. She is seeking unlimited compensatory damages including, *inter alia*, damages for past and future medical expenses, loss

3

of past and future wages, loss of past and future physical capacity, past and future pain and suffering, and mental anguish. *Id.* at 4 & 5. It is facially apparent from the petition that Plaintiff seeks recovery of an amount in excess of $75,000, exclusive of interest and costs. *See De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993) (stating that where it is "facially apparent" from the state-court petition that the amount in controversy exceeds the jurisdictional minimum, then the removing defendant need only point such fact out to successfully bear its burden); *see also Morrow v. Wyeth*, No. B-05-209, 2005 WL 2621555, *3 (S.D. Tex. Oct. 13, 2005) (concluding that amount-in-controversy was satisfied in pharmaceutical product liability case where plaintiff alleged "severe injuries," including "serious injuries to his central nervous system").

## IV.

### Removal is Timely

Defendant Pfizer, the first served defendant in this matter, was served with citation on April 27, 2007, less than 30 days before this Notice of Removal is being filed. Consequently, Defendants' removal is timely. *See* 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

## V.

### Consent to Removal

Defendants Mary Katriadakis and Susan Adamo consent to removal of this cause to this Court. *See Nixon v. Wheatley*, 368 F. Supp. 2d 635, 639 (E.D. Tex. 2005) (holding that statement in notice of removal that defendants, who were represented by the same counsel, joined the removal was sufficient to satisfy unanimity requirement).

4

## VI.

### Proper Court For Removal

The United States District Court for the Western District of Texas, Waco Division, embraces Bell County, the county in which the state court action is now pending. *See* 28 U.S.C. § 124(d)(2). Thus, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

## VII.

### Conclusion

Upon filing of this Notice of the removal of this cause, written notice of the filing is being given by Defendant to Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the notice with proof of service of it is attached hereto as Exhibit 2(8). A copy of this Notice also is being filed with the Clerk of the state court in which this cause was originally filed. *See* Exhibit 2(7).

WHEREFORE, Defendants hereby remove the above-styled action pending against them in the 169th Judicial District Court of Bell County, Texas, to this Honorable Court.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,**
**A PROFESSIONAL CORPORATION**

_____
Kenneth J. Ferguson
Attorney-in-Charge
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300
Kelly R. Kimbrough
State Bar No. 00794984
J. Andrew Hutton
State Bar No. 24012878
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 [Fax]

**ATTORNEYS FOR DEFENDANTS**
**PFIZER INC., PHARMACIA CORPORATION,**
**G.D. SEARLE LLC, MARY KATRIADAKIS,**
**AND SUSAN ADAMO**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 23rd day of May, 2007.

*Via Certified Mail/Return Receipt Requested*

Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
*Plaintiff – Pro Se*

_____

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
See Attached.

**DEFENDANTS**
See Attached.

(b) County of Residence of First Listed Plaintiff __Bell County__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
See Attached

Attorneys (If Known)
See Attached.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332 (Diversity of citizenship between citizens of different states where amount in controversy exceeds $75,000)
Brief description of cause:
Product liability/Personal Injury action involving prescription drugs Bextra® and Neurontin®

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: May 23, 2007

SIGNATURE OF ATTORNEY OF RECORD
_[signature]_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## LIST OF PARTIES AND ATTORNEYS

**I. (a) Plaintiff**

Cynthia Ulett Lynch

**Defendants**

Pfizer Inc.
Pharmacia Corporation [incorrectly named as "Pharmacia's"]
G.D. Searle LLC [incorrectly named as "Searle's"]
Mary Katriadakis
Susan Adamo

**I. (c) LIST OF ATTORNEYS**

Cynthia Ulett Lynch, *Pro Se*
1817 Dusk Drive
Kileen, Texas 76543
(254) 680-7551

**ATTORNEYS FOR DEFENDANTS PFIZER INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, MARY KATRIADAKIS, AND SUSAN ADAMO**
Kenneth J. Ferguson
Attorney-in-Charge
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300
Kelly R. Kimbrough
State Bar No. 00794984
J. Andrew Hutton
State Bar No. 24012878
CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W07 CA169**

Original Document

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    **Court:** 169th Judicial District Court of Bell County, Texas

    **Case Number:** 222757-0

    **Style:** *Cynthia Ulett Lynch v. Pfizer Inc., Searle's/Pharmacia's/Pfizer, Mary Katriadakis, and Susan Adamo*

2. Was jury demand made in State Court?    Yes ☒    No ☐

    If yes, by which party and on what date?

    | | | |
    |---|---|---|
    | (1) | Defendant Pfizer Inc. | May 18, 2007 |
    | (2) | Defendant Pharmacia Corporation | May 18, 2007 |
    | (3) | Defendant G.D. Searle LLC | May 18, 2007 |
    | (4) | Defendant Mary Katriadakis | May 18, 2007 |
    | (5) | Defendant Susan Adamo | May 18, 2007 |

Supplemental Cover Sheet
Page 2

## STATE COURT INFORMATION:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**Party and Party Type**          **Attorney(s)**

| Plaintiff | Counsel |
|---|---|
| Cynthia Ulett Lynch | Cynthia Ulett Lynch, *Pro Se*<br>1817 Dusk Drive<br>Killeen, Texas 76543<br>(254) 680-7551 |

| Defendants | Counsel |
|---|---|
| Pfizer Inc.,<br>Pharmacia Corporation,<br>G.D. Searle LLC,<br>Mary Katriadakis, and<br>Susan Adamo | Kenneth J. Ferguson<br>Attorney-in-Charge<br>State Bar No. 06918100<br>Leslie A. Benitez<br>State Bar No. 02134300<br>Kelly R. Kimbrough<br>State Bar No. 00794984<br>J. Andrew Hutton<br>State Bar No. 24012878<br>CLARK, THOMAS & WINTERS<br>A PROFESSIONAL CORPORATION<br>P.O. Box 1148<br>Austin, Texas 78767<br>(512) 472-8800<br>(512) 474-1129 (Fax) |

Supplemental Cover Sheet
Page 3

2. List all parties that have not been served at the time of removal, and the reason(s) for non-service.

   None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None.

**VERIFICATION:**

_____          May 23, 2007
Attorney for Defendants Pfizer Inc., Pharmacia Corporation,          Date
G.D. Searle LLC, Mary Katriadakis, and Susan Adamo

AO 82
(Rev. 4/90)

ORIGINAL

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**
at Waco, Tx

409280

RECEIVED FROM Clerk Thomas Winters
P.O. Box 1148
Austin, Tx 78767

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 510000 | 190 00 |
| 604700 | Registry Funds | 086900 | 60 00 |
| 508800 | General and Special Funds | 086400 | 100 00 |
| 085000 | Immigration Fees | | |
| 086900 | Attorney Admission Fees | | |
| 322340 | Filing Fees | | |
| 322350 | Sale of Publications | | |
| 322360 | Copy Fees | | |
| 143500 | Miscellaneous Fees | | |
| 322380 | Interest | | |
| 322386 | Recoveries of Court Costs | | |
| 121000 | Restitution to U.S. Government | | |
| 129900 | Conscience Fund | | |
| 504100 | Gifts | | |
| 613300 | Crime Victims Fund | | |
| 510000 | Unclaimed Monies | | |
| 510100 | Civil Filing Fee (½) | | |
| | Registry Fee | TOTAL | 350.00 |

Case Number or Other Reference
W-07-CA-169

Notice of Removal

Cynthia Whitlynch
vs.
Pfizer, Inc. et al

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|
| 5/24/07 | | X | | | |
| | $1938 | | | | |