FILED
Original Document
MAY 22 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. **W07CA169** |
| v. | § § | JURY REQUESTED |
| PFIZER INC<br>SEARLE'S/PHARMACIA'S/PFIZER<br>MARY KATRIADAKIS<br>SUSAN ADAMO, *et al.* | § § § § § § | *Pending Transfer to MDL-1629*<br>(*In re Neurontin Marketing,*<br>*Sales Practices and Prods. Liab. Litig.*) |
| Defendants. | § § | |

**EXHIBITS TO DEFENDANTS PFIZER INC., PHARMACIA CORPORATION,
AND G.D. SEARLE LLC'S NOTICE OF REMOVAL**

EXHIBIT 1    List of All Parties & Status of Case

EXHIBIT 2    Certified copy of state court docket sheet and copy of state court file

EXHIBIT 3    List of Attorneys

EXHIBIT 4    Record of Parties Requesting Trial by Jury

EXHIBIT 5    State Court Information

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § | JURY REQUESTED |
| | § | |
| PFIZER INC | § | *Pending Transfer to MDL-1629* |
| SEARLE'S/PHARMACIA'S/PFIZER | § | (*In re Neurontin Marketing,* |
| MARY KATRIADAKIS | § | *Sales Practices and Prods. Liab. Litig.*) |
| SUSAN ADAMO, *et al.* | § | |
| | § | |
| Defendants. | § | |

## LIST OF ALL PARTIES & STATUS OF CASE

### Status of Case

The above referenced matter currently is pending in the 169th Judicial District Court of Bell County, Texas, styled *Cynthia Ulett Lynch v. Pfizer Inc., et al.*, Cause No. 222757-0.

### Plaintiff

Cynthia Ulett Lynch

### Defendants

Pfizer Inc.
Pharmacia Corporation [incorrectly named as "Pharmacia's"]
G.D. Searle LLC [incorrectly named as "Searle's"]
Mary Katriadakis
Susan Adamo