IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § | JURY REQUESTED |
| | § | |
| PFIZER INC | § | *Pending Transfer to MDL-1629* |
| SEARLE'S/PHARMACIA'S/PFIZER | § | *(In re Neurontin Marketing,* |
| MARY KATRIADAKIS | § | *Sales Practices and Prods. Liab. Litig.)* |
| SUSAN ADAMO, *et al.* | § | |
| | § | |
| Defendants. | § | |

## INDEX OF STATE COURT PLEADINGS

1. Certified Copy of Docket Sheet

2. Plaintiff's Original Petition

3. Citations

4. Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC's Motion to Transfer Venue and, Subject Thereto, Original Answer

5. Defendant Mary Katriadakis' Motion to Transfer Venue and, Subject Thereto, Original Answer

6. Defendant Susan Adamo's Motion to Transfer Venue and, Subject Thereto, Original Answer

7. Notice to State Court of Filing Notice of Removal

8. Notice to Plaintiff of Filing Notice of Removal