# CIVIL JUDGES DOCKET

Date Filed   04-05-07

| Cause Number | Type of Case |
|---|---|
| 222757 - 0   Court 169 | Damage |

| Style of Case | |
|---|---|
| CYNTHIA ULETT LYNCH, | PRO-SE, |
| **VS** | |
| PFIZER INC | |
| SEARLE'S/PHARMACIA'S/PFIZER | |
| MARY KATRIADAKIS | |
| SUSAN ADAMO | |

| Date of Orders | Orders of Court |
|---|---|
| Plaintiff       CYNTHIA ULETT LYNCH, | PRO-SE, |
| Defendant      PFIZER INC, | |
| Defendant      SEARLE'S/PHARMACIA'S/PFIZER, | |
| Defendant      MARY KATRIADAKIS, | |
| Defendant      SUSAN ADAMO, | |

bdc_dock1

DCHDPFK    Bell County District Civil Case Descriptions    WOODWAMM    5/09/07 10:05:46 Page    1

Case Number :    222757 - 0
Style1 . . :    LYNCH, CYNTHIA ULETT
Style2 . . :    PFIZER INC
Cause of Action DMG

DateFiled 4/05/2007

| Date | Description | Vol | Page | Cnt | Title |
|------|-------------|-----|------|-----|-------|
| 4/05/2007 | FILE PRO SE FILING OF A CIVIL CASE | | | | |
| 5/08/2007 | FILE BK GRN CRD CICM /S/ REYES ON 5/1/07 (SVD PFIZER INC) | | | | |

** END **