Pfizer Pharmaceuticals, agreed to plead guilty and to pay more than $430 million to resolve criminal charges and civil liability in connection with the illegal and fraudulent promotion of unapproved uses for Neurontin. Click here to read more from the FDA.

**Neurontin Precautions**

The follow precautions should be observed before, while, and/or after taking Neurontin:

- Children between the ages of 3 and 12 may be sensitive to the effects of Neurontin. This may increase the chance of side effects during treatment. For patients between the ages of 12 and 18, Neurontin has not been shown to cause different side effects or problems than found in adults.

- Because Neurontin is removed from the body more slowly in elderly people than in younger people, higher levels of Neurontin in the blood can occur. This can increase the chance of unwanted effects. Elderly patients may receive different Neurontin doses than younger people.

- When taking Neurontin, it is important that your healthcare professional check your progress at regular visits, especially during the first few months of treatment. This is necessary to allow for dose adjustments and for the reduction of any unwanted effects.

- Stopping Neurontin suddenly may cause seizures to return or to occur more often. Talk to your healthcare professional about gradually reducing your dose of Neurontin first before stopping it completely.

- Because Neurontin may cause blurred or double vision, clumsiness, unsteadiness, dizziness, drowsiness, or trouble thinking, you should make sure you know how you react to Neurontin before you drive, use machines, or perform any activity that requires alertness, good coordination, or the ability to think and see well.

- Tell your healthcare professional that you are taking Neurontin before having any medical tests. Neurontin can affect the results of dipstick tests for protein in the urine.

Page 1 of 3 Next Page

*Most content above from the U.S. National Library of Medicine and the National Institutes of Health*

**Sponsored Services**

# THE STATE OF TEXAS
## CITATION BY MAIL
Cause No. 222757 - 0

To
PFIZER INC LEGAL DEPARTMENT BY AND THROUGH
MARY KATRIADAKIS
17541 LAKE COOK ROAD
DEERFIELD, Illinois 60015

**ORIGINAL**

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear before the **169th District Court**, of Bell County, Texas to be held at the Bell County District Courts Building in Belton, Texas, by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before 10 o'clock AM of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 222757 - 0, styled

**CYNTHIA ULETT LYNCH**

[Return receipt card showing:]
CYNTHIA ULETT LYNCH, 1817
...ou or your attorney do not file a
...ext following the expiration of
...may be taken against you.

Article addressed to: Mary Katriadakis, 17541 Lake Cook Road, Deerfield, Illinois 60015
Article Number: 7007 0220 0004 2200 5885 CICM/YA 222,757-C
Received by: Reyes
Date of Delivery: 5/1/07
Service Type: Certified Mail, Return Receipt for Merchandise, Restricted Delivery

...on April 24, 2007.
...ey Road
76513

_____ deputy

### OFFICER'S RETURN BY MAILING

Came to hand on **April 24, 2007**, and executed at by mailing to **Defendant** certified mail, return receipt requested with restricted delivery a true copy of this citation together with an attached copy of **PLAINTIFF'S ORIGINAL PETITION** to the following address: **PFIZER INC LEGAL DEPARTMENT BY AND THROUGH MARY KATRIADAKIS 17541 LAKE COOK ROAD DEERFIELD, Illinois 60015**

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto.

signed by **Reyes**
and dated **5/01/07**

This citation was not executed for the following reason: _____
Total fee for Serving Citation ..... $ _____

ATTACH RETURN RECEIPT(S) WITH ADDRESSEE'S SIGNATURE to certify which witness my hand officially

_____ Sheriff/Constable/Process-Server/Clerk
Bell County, Texas
_____ Deputy

7007 0220 0004 2200 5885 CICM/YA 222,757-C
Mary Katriadakis
17541 Lake Cook Road
Deerfield, Illinois 60015

# PRO-SE FILING OF A CIVIL CASE

I have no attorney and fully intend to represent myself as my own attorney in this proceeding. I understand that in representing myself as an attorney that I am bound to observe and follow the rules of procedure, evidence, and law that a licensed attorney is bound to observe in the State of Texas.

I further acknowledge that I cannot request the assistance of the Court, nor the Clerks nor anyone in their employ for advice and counsel since they are not allowed to give legal advise, opinions or assistance.

I understand that the Judge may after hearing my case assess costs, attorneys fees, damages and sanctions for failure to abide by the rules and the law. In any event the Judge's findings as to the merits of my case will be final pending the outcome of an appeal to the Court of Appeals in Austin. Payment of the cost for such an appeal, including the Court Reporter's fee for the Statement of Facts and the District Clerk's charges for the transcript, shall be made in advance of appeal.

I further certify that I have read the above and foregoing and fully understand the content thereof, being of sound mind. I am able to read and write the English language and accept full responsibility for my actions, successful or not, having relied on no other person for advice nor counsel.

Signed this 5th day of April, 2007.

_Cynthia Liett Lynch_
Signature

CYNTHIA LIETT LYNCH
Printed Name

SHELIA F. NORMAN
BELL COUNTY
DISTRICT CLERK

ORIGINAL

# REQUEST FOR SERVICE

CAUSE NUMBER **222757-0**

STYLE **Lynch, Cynthia Ulett vs PFIZER INC**

| TYPE OF SERVICE REQUESTED | COST FOR SERVICE | |
|---|---|---|
| | **DISTRICT CLERK** | **SHERIFF** |
| ___ Resident Citation | $8.00 | $ 60.00 |
| ___ Non-Resident Citation | $8.00 | |
| ✓ Citation by Restricted Mail | $60.00 | |
| ___ Citation to Secretary of State | $12.00 | |
| ___ Citation by Publication (newspaper) | $48.00 | |
| ___ Citation by Publication (courthouse door) | $48.00 | |
| ___ Show Cause | $8.00 | $ 60.00 |
| ___ Temporary Restraining Order | $8.00 | $ 75.00 |
| ___ Notice Application for Protective Order | $8.00 | $ 20.00 |
| ___ Subpoena | $8.00 | $ 60.00 |
| ___ Subpoena-Duces Tecum | $8.00 | $ 60.00 |
| ___ Abstract of Judgement | $8.00 | |
| ___ Order of Sale | $8.00 | $100.00 |
| ___ Capias | $8.00 | $100.00 |
| ___ Notice of Expunction | $8.00 per notice | |
| ___ Order of Expunction | $8.00 per order | |
| ___ Bench Warrant | $8.00 | $ 60.00 |
| ___ Writ of Attachment | $8.00 | $100.00 |
| ___ Writ of Execution | $8.00 | $100.00 |
| ___ Writ of Garnishment | $8.00 | $100.00 |
| ___ Writ of Habeas Corpus | $8.00 | $100.00 |
| ___ Writ of Injunction | $8.00 | $ 75.00 |
| ___ Writ of Possesion | $8.00 | $100.00 |
| ___ Writ of Sequestration | $8.00 | $100.00 |
| ___ Other - _____ | | |

FILED 2007 APR 24 SHELIA NORMAN DISTRICT COURT BELL COUNTY TX BY _____ DEPUTY

***********************************

NAME AND ADDRESS ON PERSON TO BE SERVED:

Pfizer Inc Legal Department
Mary Katriedakis
1751 Lake Cook Road
Deerfield, IL 60015

***********************************

**TO BE SERVED BY :**
___ Bell County Sheriff
___ Private Process
___ Back to Attorney
✓ District Clerk

**REQUESTED BY:**
Cynthia Ulett Lynch

**DATE REQUESTED:**

SHELIA F. NORMAN
BELL COUNTY
DISTRICT CLERK

## REQUEST FOR SERVICE        ORIGINAL

CAUSE NUMBER 222757-0

STYLE Lynch, Cynthia Ulett vs Pfizer Inc

| TYPE OF SERVICE REQUESTED | COST FOR SERVICE | |
|---|---|---|
| | **DISTRICT CLERK** | **SHERIFF** |
| ___ Resident Citation | $8.00 | $ 60.00 |
| ___ Non-Resident Citation | $8.00 | |
| ✓ Citation by Restricted Mail | $60.00 | |
| ___ Citation to Secretary of State | $12.00 | |
| ___ Citation by Publication (newspaper) | $48.00 | |
| ___ Citation by Publication (courthouse door) | $48.00 | |
| ___ Show Cause | $8.00 | $ 60.00 |
| ___ Temporary Restraining Order | $8.00 | $ 75.00 |
| ___ Notice Application for Protective Order | $8.00 | $ 20.00 |
| ___ Subpoena | $8.00 | $ 60.00 |
| ___ Subpoena-Duces Tecum | $8.00 | $ 60.00 |
| ___ Abstract of Judgement | $8.00 | |
| ___ Order of Sale | $8.00 | $100.00 |
| ___ Capias | $8.00 | $100.00 |
| ___ Notice of Expunction | $8.00 per notice | |
| ___ Order of Expunction | $8.00 per order | |
| ___ Bench Warrant | $8.00 | $ 60.00 |
| ___ Writ of Attachment | $8.00 | $100.00 |
| ___ Writ of Execution | $8.00 | $100.00 |
| ___ Writ of Garnishment | $8.00 | $100.00 |
| ___ Writ of Habeas Corpus | $8.00 | $100.00 |
| ___ Writ of Injunction | $8.00 | $ 75.00 |
| ___ Writ of Possesion | $8.00 | $100.00 |
| ___ Writ of Sequestration | $8.00 | $100.00 |
| ___ Other _____ | | |

FILED APR 24 AM 11 SHELIA NORMAN DISTRICT COURT BELL COUNTY, TX DEPUTY

********************************

NAME AND ADDRESS ON PERSON TO BE SERVED:

Pfizer Inc. Legal Department
Susen Adamo
235 E 42nd St
NY NY 10017

********************************

**TO BE SERVED BY:**
___ Bell County Sheriff
___ Private Process
___ Back to Attorney
✓ District Clerk

**REQUESTED BY:**
Cynthia Ulett Lynch

**DATE REQUESTED:**
_____

May-08-07  12:44pm  From-Pfizer Legal                212-573-7442



# THE STATE OF TEXAS
## CITATION BY MAIL
Cause No. 222757 - 0

**COPY**

To
PFIZER INC
BY AND THROUGH SUSAN ADAMS
235 E. 42ND STREET
NEW YORK, New York 10017

Defendant, in the hereinafter styled and numbered cause:
You are hereby commanded to appear before the 169th District Court, of Bell County, Texas to be held at the Bell County District Courts Building in Belton, Texas, by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock AM of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 222757 - 0, styled

**CYNTHIA ULETT LYNCH**
VS
**PFIZER INC**

filed in said court on April 05, 2007. This was issued at the request of attorney: Pro Se:CYNTHIA ULETT LYNCH, 1817 DUSK DRIVE KILLEEN, TEXAS 76543.

NOTICE TO Defendant: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM on Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Witness, Shelia Norman, District Clerk of Bell County, Texas.
Issued and given under my hand and the seal of said Court at office in Belton, Texas on April 24, 2007.

Shelia Norman
District Clerk
P.O. Box 909
1201 West Huey Road
Belton, Texas 76513

By: _____ deputy
    ALEXANYR

### OFFICER'S RETURN BY MAILING

Came to hand on _____, and executed at by mailing to Defendant certified mail, return receipt requested with restricted delivery a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following address: PFIZER INC BY AND THROUGH SUSAN ADAMS 235 E. 42ND STREET NEW YORK, New York 10017

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto.

signed by _____
and dated _____

This citation was not executed for the following reason:_____
Total fee for Serving Citation ..... $_____
ATTACH RETURN RECEIPT(S) WITH ADDRESSEE'S SIGNATURES To certify which witness my hand officially

_____ Sheriff/Constable/Process Server/Clerk
_____ County, Texas
_____ Deputy

CICM

05/08/2007 TUE 13:05 [TX/RX NO 9793] ☒002