CAUSE NO. 222757-0

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | BELL COUNTY, TEXAS |
| PFIZER INC, | § | |
| SEARLE'S/PHARMACIA'S/PFIZER, | § | |
| MARY KATRIADAKIS, | § | |
| SUSAN ADAMO, *et al.* | § | |
| | § | |
| Defendants. | § | 169th JUDICIAL DISTRICT |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

TO:    Ms. Shelia F. Norman, District Clerk, Bell County, Texas.

PLEASE TAKE NOTICE that Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC have filed their Notice of Removal to the United States District Court for the Western District of Texas, Waco Division, a copy of which is attached hereto. Defendants hereby file a copy of the Notice with the Clerk of the District Court of Bell County, Texas, all in accordance with 28 U.S.C. § 1446(d).

Dated: May 23, 2007.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,**
**A PROFESSIONAL CORPORATION**

By: _____

Kenneth J. Ferguson
Attorney-in-Charge
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300
Kelly R. Kimbrough
State Bar No. 00794984
J. Andrew Hutton
State Bar No. 24012878

P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 [Fax]

**COUNSEL FOR DEFENDANTS PFIZER INC.,**
**PHARMACIA CORPORATION,**
**AND G.D. SEARLE LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 23rd day of May, 2007.

***Via Certified Mail, Return Receipt Requested***

Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
***Plaintiff* – Pro Se**

CAUSE NO. 222757-0

CYNTHIA ULETT LYNCH,                §          IN THE DISTRICT COURT OF
                                    §
        Plaintiff,                  §
                                    §
v.                                  §
                                    §
                                    §          BELL COUNTY, TEXAS
PFIZER INC,                         §
SEARLE'S/PHARMACIA'S/PFIZER,        §
MARY KATRIADAKIS,                   §
SUSAN ADAMO, *et al.*               §
                                    §
        Defendants.                 §          169th JUDICIAL DISTRICT

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO:    Cynthia Ulett Lynch, *Pro Se*, 1817 Dusk Drive, Killeen, Texas 76543.

        You will please take notice that Pfizer Inc., Pharmacia Corporation, and G.D. Searle

LLC, Defendants in the above-styled and numbered cause originally filed in the 169th District

Court of Bell County, Texas, namely, *Cynthia Ulett Lynch v. Pfizer Inc., et al.*, Cause No.

222757-0, are filing in the United States District Court for the Western District of Texas, Waco

Division, their Notice of Removal in the above-captioned cause from the said District Court of

Bell County, Texas, to the United States District Court for the Western District of Texas, Waco

Division.

        Attached hereto you will find a copy of said Notice of Removal.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,**
**A PROFESSIONAL CORPORATION**

By: _____
Kenneth J. Ferguson
Attorney-in-Charge
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300
Kelly R. Kimbrough
State Bar No. 00794984
J. Andrew Hutton
State Bar No. 24012878

P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 [Fax]

**COUNSEL FOR DEFENDANTS PFIZER INC.,**
**PHARMACIA CORPORATION,**
**AND G.D. SEARLE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 23rd day of May, 2007.

*__Via Certified Mail, Return Receipt Requested__*

Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
*Plaintiff* – **Pro Se**

_____