IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § | JURY REQUESTED |
| | § | |
| PFIZER INC | § | *Pending Transfer to MDL-1629* |
| SEARLE'S/PHARMACIA'S/PFIZER | § | *(In re Neurontin Marketing,* |
| MARY KATRIADAKIS | § | *Sales Practices and Prods. Liab. Litig.)* |
| SUSAN ADAMO, *et al.* | § | |
| | § | |
| Defendants. | § | |

## LIST OF ATTORNEYS

**Plaintiff – *Pro Se***
Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

**Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC, Mary Katriadakis, and Susan Adamo**
Kenneth J. Ferguson
Attorney-in-Charge
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300
Kelly R. Kimbrough
State Bar No. 00794984
J. Andrew Hutton
State Bar No. 24012878
CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § | JURY REQUESTED |
| | § | |
| PFIZER INC | § | *Pending Transfer to MDL-1629* |
| SEARLE'S/PHARMACIA'S/PFIZER | § | (*In re Neurontin Marketing,* |
| MARY KATRIADAKIS | § | *Sales Practices and Prods. Liab. Litig.*) |
| SUSAN ADAMO, *et al.* | § | |
| | § | |
| Defendants. | § | |

## PARTIES REQUESTING TRIAL BY JURY

Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC requested trial by jury in their Motion to Transfer Venue and, Subject Thereto, Original Answer

Defendant Mary Katriadakis requested trial by jury in her Motion to Transfer Venue and, Subject Thereto, Original Answer

Defendant Susan Adamo requested trial by jury in her Motion to Transfer Venue and, Subject Thereto, Original Answer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYNTHIA ULETT LYNCH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § | JURY REQUESTED |
| | § | |
| PFIZER INC | § | *Pending Transfer to MDL-1629* |
| SEARLE'S/PHARMACIA'S/PFIZER | § | (*In re Neurontin Marketing,* |
| MARY KATRIADAKIS | § | *Sales Practices and Prods. Liab. Litig.*) |
| SUSAN ADAMO, *et al.* | § | |
| | § | |
| Defendants. | § | |

## STATE COURT INFORMATION

This case is being removed from the 169th Judicial District Court of Bell County, Texas, whose address is as follows:

        Ms. Shelia F. Norman
        Bell County District Clerk
        1201 Huey Road
        Belton, Texas 76513