# U.S. District Court [LIVE]
## Western District of Texas (Waco)
### CIVIL DOCKET FOR CASE #: 6:07-cv-00169-WSS

## Internal Use Only

Lynch v. Pfizer Inc. et al  
Assigned to: Honorable Walter S. Smith  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/24/2007  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Cynthia Ulett Lynch**    represented by    **Cynthia Ulett Lynch**  
1817 Dusk Drive  
Killeen, TX 76543  
(254) 680-7551  
PRO SE

V.

**Defendant**

**Pfizer Inc.**    represented by    **John Andrew Hutton**  
Clark, Thomas & Winters, P.C.  
P.O. Box 1148  
Austin, TX 78767  
(512)472-8800  
Fax: 512/474-1129  
Email: ah1@ctw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**  
Clark Thomas & Winters  
300 West 6th Street  
15th Floor  
Austin, TX 78701  
(512) 472-8800  
Fax: 512/474-1129  
Email: krk@ctw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**  
Clark, Thomas, & Winters  
P.O. Box 1148  
Austin, TX 78767  
(512) 472-8800

        Fax: 512/474-1129
Email: jmh@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767
(512) 472-8800
Fax: 512/474-1129
Email: lab@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by     **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle, L.L.C.**     represented by     **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Leslie A. Benitez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Mary Katriadakis** | represented by | **John Andrew Hutton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kelly R. Kimbrough**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kenneth J. Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Leslie A. Benitez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Susan Adamo** | represented by | **John Andrew Hutton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kelly R. Kimbrough**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kenneth J. Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Leslie A. Benitez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | 1 | NOTICE OF REMOVAL (Filing fee $350 receipt number 409280) filed by G.D. Searle, L.L.C., Mary Katriadakis, Susan Adamo, Pfizer Inc., Pharmacia Corporation.(mc, ) (Entered: 05/30/2007) |
| 05/24/2007 | 2 | EXHIBITS by G.D. Searle, L.L.C., Mary Katriadakis, Susan Adamo, Pfizer Inc., Pharmacia Corporation. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7# 7 Part 8# 8 Part 9, (9) Part 10, (10) Part 11)(mc, ) Additional attachment(s) added on 6/7/2007 (kc, ). (Entered: 05/30/2007) |
| 05/24/2007 | 4 | DEMAND for Trial by Jury by Mary Katriadakis, Susan Adamo. (mc, ) (Entered: 06/13/2007) |
| 05/24/2007 | 5 | RULE 7 DISCLOSURE STATEMENT filed by G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation. (mc, ) (Entered: 06/13/2007) |
| 06/04/2007 | 6 | ***DOCUMENT HAS BEEN STRICKEN PURSUANT TO AN ORDER STRIKING PLEADING FILED 6/12/07, DOC #7***First AMENDED Petition by Cynthia Ulett Lynch. (Attachments: # 1 Part 2) (mc, ) Modified on 6/14/2007; ACCESS HAS BEEN RESTRICTED AND CAN ONLY BE VIEWED BY COURT USERS AND ATTORNEYS OF RECORD (mc, ). (Entered: 06/14/2007) |
| 06/05/2007 | 3 | RULE 7 DISCLOSURE STATEMENT filed by G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation. (Hutton, John) (Entered: 06/05/2007) |
| 06/12/2007 | 7 | ORDERED that Plaintiff's First Amended Petition 6 is STRUCK. Signed by Judge Walter S. Smith. (mc, ) (Entered: 06/14/2007) |
| 06/18/2007 | 8 | MOTION to Amend Complaint by Cynthia Ulett Lynch. (sm3, ) (Entered: 06/22/2007) |
| 06/27/2007 | 9 | RESPONSE to Motion, filed by G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation, re 8 MOTION to Amend Complaint filed by Plaintiff Cynthia Ulett Lynch (Attachments: # 1 Exhibit 1 through 4# 2 Proposed Order)(Benitez, Leslie) (Entered: 06/27/2007) |
| 06/29/2007 | 10 | ORDER denying 8 Plaintiff's Request for Permission of the Court to Amend Original Petition. Signed by Judge Walter S. Smith. (mc, ) (Entered: 06/29/2007) |
| 07/09/2007 | 11 | MOTION for permission to file electronically by Cynthia Ulett Lynch. (mc, ) (Entered: 07/10/2007) |
| 07/16/2007 | 12 | MDL ORDER 1699 CONDITIONAL TRANSFER ORDER (CTO-74) -- Transferred to the Northern District of California and assigned to the Honorable Charles R. Breyer.(mc, ) (Entered: 07/17/2007) |
| 07/17/2007 | 13 | ORDER granting 11 Motion by Plaintiff for permission to file electronically. Signed by Judge Walter S. Smith. (mc, ) (Entered: 07/17/2007) |