

AMY W. SCHULMAN
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

STUART M GORDON (SBN: 037477)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

KENNETH J. FERGUSON
LESLIE A. BENITEZ
KELLY R. KIMBROUGH
J. ANDREW HUTTON
CLARK, THOMAS & WINTERS, P.C.
P.O. Box 1148
Austin, Texas 78767
Telephone: (512) 472-8800
Facsimile: (512) 474-1129

Attorneys for: Defendants
PFIZER INC., PHARMACIA CORPORATION,
G.D. SEARLE LLC, MARY KATRIADAKIS, AND SUSAN ADAMO

Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*This document relates to*

CYNTHIA ULETT LYNCH,

Plaintiff,

vs.

PFIZER, INC., ET AL.,

Defendants

MDL Docket No. 1699

CASE NO. 3:07-cv-3745-CRB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MARY KATRIADAKIS AND SUSAN ADAMO**

Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff Cynthia Ulett Lynch's claims and causes of action against Defendants Mary Katriadakis and Susan Adamo, only, are hereby dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This stipulation has no effect on Plaintiff's claims or causes of action against Defendants Pfizer Inc., Pharmacia Corporation, or G.D. Searle LLC.

Respectfully submitted,

Dated: 07-25, 2007

By: [signature]

Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

Plaintiff, *Pro Se*

Dated: 8-6, 2007

GORDON & REES LLP

By: [signature]

Stuart M. Gordon
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

Dated: August 6, 2007

CLARK, THOMAS & WINTERS, P.C.

By: [signature]

Kenneth J. Ferguson
Email: kjf@ctw.com
Leslie A. Benitez
Email: lab@ctw.com
Kelly R. Kimbrough
Email: krk@ctw.com
J. Andrew Hutton
Email: ah1@ctw.com
P.O. Box 1148
Austin, Texas 78767
Telephone: (512) 472-8800
Facsimile: (512) 474-1129

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, G.D. SEARLE LLC MARY KATRIADAKIS, AND SUSAN ADAMO

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _________, 2007

By: ______________________________

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111