AMY W. SCHULMAN
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

STUART M GORDON (SBN: 037477)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

KENNETH J. FERGUSON
LESLIE A. BENITEZ
KELLY R. KIMBROUGH
J. ANDREW HUTTON
CLARK, THOMAS & WINTERS, P.C.
P.O. Box 1148
Austin, Texas 78767
Telephone: (512) 472-8800
Facsimile: (512) 474-1129

Attorneys for: Defendants
PFIZER INC., PHARMACIA CORPORATION,
G.D. SEARLE LLC, MARY KATRIADAKIS, AND SUSAN ADAMO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1699 |
| This document relates to | CASE NO. 3:07-cv-3745-CRB |
| CYNTHIA ULETT LYNCH, | |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MARY KATRIADAKIS AND SUSAN ADAMO** |
| vs. | |
| PFIZER, INC., ET AL., | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff Cynthia Ulett Lynch's claims and causes of action against Defendants Mary Katriadakis and Susan Adamo, only, are hereby dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This stipulation has no effect on Plaintiff's claims or causes of action against Defendants Pfizer Inc., Pharmacia Corporation, or G.D. Searle LLC.

Respectfully submitted,

Dated: 07-25, 2007

By: *Cynthia Ulett Lynch*
Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

Plaintiff, *Pro Se*

Dated: 8-6, 2007

GORDON & REES LLP

By: *Stuart M. Gordon*
Stuart M. Gordon
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

| | | |
|---|---|---|
| 1 | Dated: August 6, 2007 | CLARK, THOMAS & WINTERS, P.C. |
| 2 | | |
| 3 | | By: /s/ J. Andrew Hutton |
| 4 | | Kenneth J. Ferguson<br>Email: kjf@ctw.com |
| 5 | | Leslie A. Benitez<br>Email: lab@ctw.com |
| 6 | | Kelly R. Kimbrough<br>Email: krk@ctw.com |
| 7 | | J. Andrew Hutton<br>Email: ah1@ctw.com |
| 8 | | P.O. Box 1148<br>Austin, Texas 78767 |
| 9 | | Telephone: (512) 472-8800<br>Facsimile: (512) 474-1129 |
| 10 | | Attorneys for Defendants |
| 11 | | PFIZER INC., PHARMACIA<br>CORPORATION, G.D. SEARLE LLC |
| 12 | | MARY KATRIADAKIS,<br>AND SUSAN ADAMO |

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,

IT IS SO ORDERED.

DATED: Aug. 8, 2007        By: _____
                                HON. CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Charles R. Breyer]

Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111