IN THE UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**

DEC 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA ULETT LYNCH )
    Plaintiff, )
)
v. )   <u>Case Number</u>
)   C.A. No. 6:07-169
PFIZER INC., ET AL., )
    Defendants. )   C 07-3745  CRB

### PETITION TO THE COURT FOR PERMISSION TO FILE ELECTRONICALLY

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned Plaintiff Pro se files this petition requesting the authority to file Electronically on my case. Plaintiff's application is on file.

Respectfully submitted,

CYNTHIA ULETT LYNCH
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

By: *[signature]*
CYNTHIA ULETT LYNCH
Pro se



Message Center

Print Message | Close

| | | |
|---|---|---|
| From | : | ECFREG@cand.uscourts.gov |
| To | : | cynthia_lynch@netzero.net |
| Subject | : | Pro Se Registration |
| Date | : | Tue, Sep 04, 2007 12:58 PM |

Before you can register for an e-filing account, you must first get permission to E-file. Please see:

https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm

"3. The *pro se* party must submit a motion to the court to be allowed to e-file on their case."

"4. ONLY AFTER the judge grants the motion AND that order appears on the docket may the *pro se* party submit the registration form."

We will keep your application on file until you notify us that the Judge has designated your case for E-filing.

Thank you,
~ECFREG
http://ecf.cand.uscourts.gov