IN THE UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**

DEC 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA ULETT LYNCH )
   Plaintiff, )
 )
v. )  <u>Case Number</u>
 )  C.A. No. 6:07-169
PFIZER INC., ET AL., )
   Defendants. )  C 07-3745  CRB


### PETITION TO THE COURT FOR PERMISSION TO FILE ELECTRONICALLY

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned Plaintiff Pro se files this petition requesting the authority to file Electronically on my case. Plaintiff's application is on file.

Respectfully submitted,

CYNTHIA ULETT LYNCH
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

**FILED**

DEC - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
CYNTHIA ULETT LYNCH
Pro se

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

December 4, 2007
DATE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CYNTHIA U. LYNCH,<br><br>        Plaintiff,<br><br>  v.<br><br>PFIZER INC. et al,<br><br>        Defendant.          / | Case Number: CV07-03745 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, TX 76543

Dated: December 4, 2007

                                Richard W. Wieking, Clerk
                                By: Barbara Espinoza, Deputy Clerk