**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

07-3745 CRB Cynthia Ulett Lynch
_____/

    The Court is in receipt of a submission from plaintiff Lynch regarding settlement negotiations. As such negotiations are confidential, the Court shall file plaintiff's submission under seal in 07-3745. The Court, however, will not be taking any action on plaintiff's submission.

    **IT IS SO ORDERED.**

Dated: April 30, 2009

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderlynch1.wpd