IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB  **ORDER** |

*This document relates to:*

07-3745 CRB Cynthia Ulett Lynch

_____/

The Court is in receipt of a submission from plaintiff Lynch requesting that she be excused from compliance with PTO No. 31. Plaintiff's request is DENIED; plaintiff must comply with the orders of the Court the same as all other litigants.

**IT IS SO ORDERED.**

Dated: May 28, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrelynch.wpd