IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

07-3745 CRB Cynthia Ulett Lynch
_____/

The Court is in receipt of a submission from plaintiff Cynthia Lynch requesting that the Court extend the amount of time she has to comply with PTO No. 31. The Court has already denied Plaintiff's motion to amend PTO No. 31. Plaintiff's pending request is also DENIED; plaintiff must comply with the orders of the Court the same as all other litigants.

**IT IS SO ORDERED.**



Dated: June 30, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrelynch2.wpd