UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
|---|---|
| This Order Relates to:<br><br>ALL CASES. | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

WHEREAS the Court currently has scheduled a Case Management Conference ("CMC") for April 15, 2010;

WHEREAS, on February 11, 2010, Plaintiff Cynthia Ulett Lynch, Case No. 07-3745 CRB, filed an application to reinstate her case;

WHEREAS Ms. Lynch and Defendants Liaison Counsel met and conferred regarding a briefing schedule for Ms. Lynch's motion;

WHEREAS Pfizer anticipates filing a motion to dismiss certain plaintiffs for failure to provide the material required by Pretrial Order No. 31 ("Pfizer's anticipated PTO 31 compliance motion") on Friday, March 19, 2010; and

WHEREAS the parties wish to schedule the hearing on Ms. Lynch's application, Pfizer's anticipated PTO 31 compliance motion, and the next CMC on the same date for the convenience of the parties and for the sake of judicial economy;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. Defendants shall file their opposition to Ms. Lynch's motion on or before March 12, 2010, and Ms. Lynch shall file her reply (if any) on or before March 26, 2010; and

2. With the Court's approval, the next CMC shall take place on April 23, 2010 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: February 23, 2010            LIEFF, CABRASER, HEIMANN, AND BERNSTEIN, LLP

By ___/s/___
Elizabeth J. Cabraser
Scott P. Nealey

*Plaintiffs' Liaison Counsel*

Dated: February 23, 2010            DLA PIPER US LLP

By ___/s/___
Loren H. Brown

*Defendants' Liaison Counsel*

**IT IS SO ORDERED.**

Dated: February 23, 2010

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND
RESCHEDULING CASE MANAGEMENT CONFERENCE – M:05-CV-01699-CRB